United States District Court
Southern District of Texas
**ENTERED**
August 24, 2022
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA | § | CIVIL ACTION NO. |
| MONTIERTH and | § | 4:22-cv-01335 |
| SHANE MONTIERTH, | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| FOREST RIVER INC, | § | |
| Defendant. | § | |

### ORDER

The Court is advised that the parties in this case have reached a settlement before the Magistrate Judge.

All claims by Plaintiffs Rebecca Montierth and Shane Montierth against Defendant Forest River Inc are DISMISSED WITH PREJUDICE.

Plaintiffs may move within sixty days to reinstate their claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on ___August 24, 2022___, at Houston, Texas.


Hon. Charles Eskridge
United States District Judge